David E. Bower
**FARUQI & FARUQI, LLP**
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

Lubna M. Faruqi
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: lfarqui@faruqilaw.com

Stuart J. Guber
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 190465
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
Email: sguber@faruqilaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KOREY BURNAM, Derivatively on Behalf of Nominal Defendant INFOBLOX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT D. THOMAS, REMO E. CANESSA, RICHARD E. BELLUZZO, DANIEL J. PHELPS, FRANK J. MARSHALL, MICHAEL L. GOGUEN, FRED M. GERSON, and LAURA C. CONIGLIARO, <br>             Defendants, <br>     -and- <br><br> INFOBLOX, INC. <br><br>         Nominal Defendant. | Case No. 5:14-CV-05107 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE THAT Plaintiff Korey Burnam ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, hereby voluntarily dismisses all claims in the above-entitled action without prejudice against Defendants Robert D. Thomas, Remo E. Canessa, Richard E. Belluzzo, Daniel J. Phelps, Frank J. Marshall, Michael L. Goguen, Fred M. Gerson, Laura C. Conigliaro, and Nominal Defendant Infoblox, Inc.

Defendants have not filed or served an answer or a motion for summary judgment in the above-entitled action.  Accordingly, Plaintiff Korey Burnam may properly dismiss all claims in this action without prejudice under Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*. Each of the parties is to bear their own costs.

DATED:  December 10, 2014                                         Respectfully submitted

**FARUQI & FARUQI, LLP**

/s/ David E. Bower
DAVID E. BOWER
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

Lubna M. Faruqi
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: lfarqui@faruqilaw.com

Stuart J. Guber
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 190465
Telephone: (215) 277-5770

- 2 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:14-cv-05107

Facsimile: (215) 277-5771
Email: sguber@faruqilaw.com

*Attorneys for Plaintiff Korey Burnam*

- 3 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:14-cv-05107

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have e-mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

I hereby certify that on December 10, 2014, I caused such envelope(s) to be mailed with postage thereon fully prepaid to the following recipients. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

> Kevin Muck
> **FENWICK & WEST LLP**
> 555 California Street
> San Francisco, California 94104
> Telephone: (415) 875-2384
> Email: KMuck@Fenwick.com
>
> *Attorneys for Individual Defendants and Nominal Defendant Infoblox, Inc.*

Dated: December 10, 2014             /s/ *David E. Bower*
                                     David E. Bower

- 4 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:14-cv-05107